### 6740.　JENNINGS *v.* CITY OF QUITMAN.

An assignment of error in these words: "Petitioner assigns said judgment as error," is not sufficient, in a petition for certiorari to review the judgment and sentence of a municipal court.

DECIDED OCTOBER 26, 1915.

Certiorari; from Brooks superior court—Judge Thomas. May 28, 1915.

*J. D. Wade,* for plaintiff in error.

*M. Baum,* contra.

WADE, J. This case is controlled by the ruling in *Harrell* v. *Quitman,* ante, 299 (86 S. E. 662). It may not be amiss, however, to say that the undisputed proof of a single sale of intoxicating liquors within the confines of the municipality was sufficient to establish the unlawful purpose for which the defendant kept liquors. This doctrine has been repeatedly reiterated by the Supreme Court and by this court. *Rooney* v. *Augusta,* 117 *Ga.* 709 (45 S. E. 72); *Reese* v. *Newnan,* 120 *Ga.* 198 (47 S. E. 560); *Robinson* v. *Americus,* 121 *Ga.* 180-182 (48 S. E. 924); *Sawyer* v. *Blakely,* 2 *Ga. App.* 159 (58 S. E. 399); *Coggins* v. *Griffin,* 5 *Ga. App.* 1 (62 S. E. 659); *Cooper* v. *Fort Valley,* 13 *Ga. App.* 169 (78 S. E. 1097); *Rice* v. *Eatonton,* 15 *Ga. App.* 505-508 (83 S. E. 868).                     *Judgment affirmed.*